UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Intel Corporation and George Cumming,<br><br>                              Movants,<br><br>v.<br><br>GlobalFoundries U.S. Inc.,<br><br>                              Respondent. | Case No. 24-mc-91243<br><br>Active Related Cases:<br><br>*GlobalFoundries U.S. Inc. v. Int'l Bus. Mach. Corp.*, No. 23-cv-03348 (S.D.N.Y.)<br><br>*In re Subpoena to Intel Corporation et al*, 7:24-mc-00129 (S.D.N.Y.) |

### MOTION TO QUASH SUBPOENA AD TESTIFICANDUM

Pursuant to Federal Rules of Civil Procedure 45(d), George Cumming, an employee of Intel Corporation ("Intel"), and Intel (collectively with Mr. Cumming, "Movants") hereby jointly move under Rule 45(d) for an order quashing the third-party deposition subpoena served by GlobalFoundries US Inc. ("GF") on Mr. Cumming. Movants and GF have met and conferred on this motion. A copy of the Subpoena is provided as Exhibit 1 to the accompanying Declaration of Carolyn Hoecker Luedtke.

Also accompanying this motion to quash is an assented-to motion ("Assented-To Transfer Motion") filed by Movants, to which GF does not object, under Rule 45(f) requesting transfer of this dispute to the U.S. District Court for the Southern District of New York, the court presiding over the underlying case, *GlobalFoundries U.S. Inc. v. Int'l Bus. Mach. Corp.*, No. 23-cv-03348 (S.D.N.Y.). A related discovery dispute between GF and Movant Intel was previously transferred to that court under Rule 45(f) and is also pending in that court, *In re Subpoena to Intel Corporation et al*, 7:24-mc-00129 (S.D.N.Y.) ("GF-Intel Document Subpoena Dispute").

As explained in the Assented-To Transfer Motion, Movants request and GF does not object to the transfer of this motion to quash ("Motion") to the Southern District of New York.

Transfer, given this consent and for the additional reasons set forth in the Assented-To Transfer Motion. Further, as explained in the Assented-To Transfer Motion, Mr. Cumming, Intel, and GF have agreed to seek entry of a briefing schedule on this Motion in the Southern District of New York once it is transferred. This is consistent with the procedure adopted when the related GF-Intel Document Subpoena Dispute was previously transferred to the Southern District of New York under Rule 45(f), where, after transfer, the court permitted Intel and GF to brief the transferred dispute. Accordingly, to avoid duplicative briefing and preserve court and party resources, Movants propose to file their memorandum in support of this Motion in the Southern District of New York after transfer.

Movants have not requested oral argument on this Motion given the Assented-To Transfer Motion but are available if argument would be helpful to the court.

WHEREFORE, Movants respectfully request that the Court enter an order transferring this matter to the United States District Court for the Southern District of New York, for that court to consider Movants' motion to quash GF's deposition subpoena on Mr. Cumming.

Dated:  May 7, 2024

Respectfully submitted,

*/s/ Louis W. Tompros*
Louis W. Tompros (BBO #657791)
Max Horvath (BBO #709282)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109 USA
Telephone:    (617) 526-6000
Facsimile:    (617) 526-5000

*Counsel for Intel Corporation*

Carolyn Hoecker Luedtke *(Admission Pro Hac Vice Pending)*
MUNGER, TOLLES, & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

*Counsel for Movants*

3

## **RULE 7.1(A)(2) CERTIFICATE**

I hereby certify that counsel for Movants conferred with counsel for Respondent regarding Movants' motion to quash. Counsel for Respondent did not assent to Movants' request to withdraw the subpoena served on Mr. Cumming.

/s/ *Louis W. Tompros*
Louis W. Tompros