UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Intel Corporation and George Cumming,<br><br>Movants,<br><br>v.<br><br>GlobalFoundries U.S. Inc.,<br><br>Respondent. | Case No. 24-mc-91243 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May 2024, true copies of ECF Nos. 1–6 in the above-captioned action were delivered to counsel of record for the parties by electronic mail.

**LATHAM & WATKINS LLP**
Brett M. Sandford
Blake Richard Davis
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600
Brett.Sandford@lw.com
Blake.Davis@lw.com

Sami Al-Marzoog
555 Eleventh Street NW
Suite 1000
Washington, DC 20004-1304
(202) 637-2200
Sami.Almarzoog@lw.com

Clement Joseph Naples
Corey Anne Calabrese
Jason Craig Hegt
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
Clement.Naples@lw.com
Corey.Calabrese@lw.com
Jason.Hegt@lw.com

/s/ *Louis W. Tompros*
Louis W. Tompros